for petitioners. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, Frank J. Donner,* and *Miss Ruth Weyand* for respondent.

No. 494. ADAMS *v.* TEXAS. November 6, 1944. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. Karl M. Gibbon* for petitioner. *Messrs. Grover Sellers,* Attorney General of Texas, *George W. Barcus,* and *Benjamin Woodall,* Assistant Attorneys General, for respondent.

No. 497. THORNTON *v.* CITY OF PORTLAND. November 6, 1944. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr. Hayden C. Covington* for petitioner. *Mr. Lyman E. Latourette* for respondent.

No. 498. SONDERLICK *v.* HALLINAN. November 6, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Jacob W. Friedman* for petitioner. *Mr. Samuel C. Duberstein* for respondent.

No. 499. SONDERLICK *v.* EMIGRANT INDUSTRIAL SAVINGS BANK. November 6, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Jacob W. Friedman* for petitioner. *Messrs. Edwin A. Berkery* and *John E. McAniff* for respondent.

No. 440. GOLDBERG *v.* RECONSTRUCTION FINANCE CORPORATION. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE REED took no part in the